UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KANNAN NAGARAJAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24CV897 |
| | ) |
| PETRIE CONSTRUCTION LLC, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

This matter is before the Court on Plaintiff's Motion requesting permission to file electronically. However, Plaintiff has not filed an Authorization Form to Receive Documents Electronically, available on the Court's website. Moreover, the case is presently pending on Defendants' Motions to Dismiss. As such, there is nothing further to be filed at this time. Therefore, the request will be denied for now.

If the Motions to Dismiss are denied and the matter is proceeding, Plaintiff may file the Authorization Form to Receive Documents Electronically and he will then be required to follow the requirements of the Clerk's Office and complete the additional forms to register as a filing user in this case. Plaintiff will be required to comply with all provisions of the Local Rules and the Middle District of North Carolina's Case Management and Electronic Case Filing Administrative Policies and Procedures Manual. As provided in Local Rule 5.3(c), Plaintiff must register as a CM/ECF filing User solely for the purpose of this action, and such

registration constitutes consent to service of all documents by electronic means and via the ECF system at the email address set out in his motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion to File Electronically [Doc. #4] is denied for now, but if the Motions to Dismiss are denied and the matter is proceeding, Plaintiff may file the Authorization Form to Receive Documents Electronically and he will then be required to follow the requirements of the Clerk's Office and complete the additional forms to register as a filing user in this case.

This, the 10th day of January, 2025.

/s/ Joi Elizabeth Peake
Joi Elizabeth Peake
United States Magistrate Judge